UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR88-60JET |
| v. | ORDER |
| JAMES REED HARRIS, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled Court upon the parties' Joint Motion for Extension of Time to File Response/Reply to Defendant's Motion for *Nunc Pro Tunc* Appeal.

Having considered the entirety of the record and files herein, and for good cause shown, it is hereby ORDERED that the Motion for Extension of Time is GRANTED.

The Government's response is due May 20, 2005.

Defendant's reply brief, if any, is due May 27, 2005.

Defendant's Motion for *Nunc Pro Tunc* Appeal is renoted for June 3, 2005.

- 1

IT IS SO ORDERED.

The clerk of the court is instructed to send uncertified copies of this Order to all counsel of record.

DATED this 13th day of May, 2005.

/s JACK E. TANNER
_____
JACK E. TANNER
SR. UNITED STATES DISTRICT JUDGE

- 2