UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES REED HARRIS,

  Petitioner,

  v.

UNITED STATES OF AMERICA,

  Respondent.

Case No. C06-5153FDB

ORDER REFERRING SECOND OR SUCCESSIVE PETITION TO THE NINTH CIRCUIT COURT OF APPEALS

Before the court is the petition of James Reed Harris for authorization to file a second or successive motion under 28 U.S.C. § 2255. The filing of a second or successive 2255 motion absent certification from the Ninth Circuit Court of Appeals is prohibited. 28 U.S.C. § 2244 (b)(3)(A). Petitioner has failed to receive authorization for such filing. Pursuant to Ninth Circuit Rule 22-3(a), a second or successive petition or motion mistakenly submitted to the district court shall be referred to the court of appeals.

ACCORDINGLY,

IT IS ORDERED:

(1) The petition to file a second or successive petition is transferred to the Ninth Circuit Court of Appeals; and

ORDER - 1

(2)   The clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to administratively close this file.

DATED this 4th day of April, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2